FILED

05 SEP -6 PM 2: 03

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| BARBARA J. Hunter, et al., **pla.** | CIVIL CASE NO. 1:04 CV 2564 |
| vs. | |
| FIRST ENERGY CORP, et al., **dft.** | JUDGE P. A. Gaughan |

## STIPULATION for: dismissal, leave to plead, etc.

We, the attorneys for the respective parties, do hereby stipulate

that the case is settled and dismissed with prejudice as to Plf. Danethel Miller, each party to bear own costs; (FINAL)

and that the Court may enter an order accordingly, notice by the clerk being hereby waived.

IT IS SO ORDERED

_____
Attorney for Plaintiff

_____
UNITED STATES DISTRICT JUDGE

_____
Attorney for Defendant